

ORDERED in the Southern District of Florida on August 19, 2024.

Mindy A. Mora, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

**Charlotte Gilmore Durante,**

    Debtor.

_____/

Case No.: 24-13870-MAM

Chapter 13

### ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS CASE

**THIS MATTER** came before the Court on August 1, 2024 at 10:00 a.m. upon U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust as serviced by S.N. Servicing Corporation's ("Secured Creditor") Motion to Dismiss Case [D.E.35] (the "Motion"). The Court having reviewed the Motion and the Debtor's Answer to Motion to Dismiss Case [D.E. 47] and for the reasons stated on the record, it is, hereby

**ORDERED** as follows:

1.    The Motion is **DENIED WITHOUT PREJUDICE**.

The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

Melbalynn Fisher, Esq.
Florida Bar No. 107698
mfisher@ghidottiberger.com

**GHIDOTTI | BERGER, LLP**
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: (305) 501-2808
Facsimile: (954) 780-5578

Melbalynn Fisher is directed to serve a copy of this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.